BTXN 127 (rev. 1/14)

**FILED**

SEP 16 2022

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

**LONNIE JENKINS MCDADE**

Debtor(s)

Case No.: **20-43652-ELM**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a ____ creditor  **X** debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | **LONNIE JENKINS MCDADE** |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (If Claimant is an individual, skip to Question No. 3) | |
| 3. | Current Mailing Address | **4526 BURNHILL DRIVE, PLANO, TX 75024** |
| 4. | Telephone Number | (817) 454-5954 |
| 5. | SS# (last 4 digits only) or EIN # | 4714 |
| 6. | Amount Being Claimed | $1730.40 |

I, **LONNIE JENKINS MCDADE**, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date  8-22-22

_____          _____
Claimant Signature                 Co-Claimant Signature

Subscribed and Sworn to Before Me this 22nd day of August 2022.

_____
Notary Public
In and for the State of  Texas

CHERYL MORRIS
Notary Public, State of Texas
Comm. Expires 08-17-2025
Notary ID 5027204

My commission expires  08-17-2025

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 9-13-22

_____
Claimant's Signature





OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TX  76180-6608
(817)770-8500
FAX(817)498-1362

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: LONNIE JENKINS MCDADE | § § § | CASE NO: 20-43652-ELM |
| DEBTOR | § § § | |

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case. I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case:  Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| LONNIE JENKINS MCDADE<br>PO BOX 126066<br>FORT WORTH, TX  76126-0066 | 09/28/2021 | $1,230.40 |

/s/   Tim Truman
Tim Truman, Standing Chapter 13 Trustee
Bar No. 20258000

NOTICE TO DEBTOR:  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE NOT ENTITLED TO THE FUNDS.

LONNIE JENKINS MCDADE
PO BOX 126066
FORT WORTH, TX  76126-0066

LONNIE JENKINS MCDADE
PO BOX 126066
FORT WORTH, TX  76126-0066

OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TX 76180-6608
(817)770-8500
FAX(817)498-1362

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: LONNIE JENKINS MCDADE | § § § § § § | CASE NO: 20-43652-ELM |
| DEBTOR | | |

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case. I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case: Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| LONNIE JENKINS MCDADE<br>PO BOX 126066<br>FORT WORTH, TX 76126-0066 | 09/28/2021 | $500.00 |

/s/  Tim Truman
_____
Tim Truman, Standing Chapter 13 Trustee
Bar No. 20258000

NOTICE TO DEBTOR:  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE NOT ENTITLED TO THE FUNDS.

LONNIE JENKINS MCDADE
PO BOX 126066
FORT WORTH, TX 76126-0066

LONNIE JENKINS MCDADE
PO BOX 126066
FORT WORTH, TX 76126-0066

OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TEXAS  76180-6608
(817) 770-8500
FAX (817) 770-8508

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In Re:                                                                  Case No: 20-43652-ELM

    LONNIE JENKINS MCDADE

        Debtor

### NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Tim Truman, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered. The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 204 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas 76102-3643 and is available for review. A summary of the report is as follows:

| | |
|---|---:|
| Total Receipts | $5,000.00 |
| Administrative Disbursements  * | $3,269.60 |
| Debtor Refund Disbursements | $1,730.40 |
| Secured Disbursements | $0.00 |
| Priority Disbursements | $0.00 |
| Unsecured Disbursements | $0.00 |

* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

| | |
|---|---:|
| Total Disbursements | $5,000.00 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated.

December 30, 2021                                                      /s/ Tim Truman

                                                                                      Tim Truman, Standing Chapter 13 Trustee