

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed October 21, 2022**

United States Bankruptcy Judge

BTXN 163 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  §
Lonnie Jenkins McDade  §  Case No.:  20−43652−elm13
 §  Chapter No.:  13
Debtor(s)  §

## ORDER AUTHORIZING PAYMENT OF UNCLAIMED FUNDS

At Fort Worth, Texas, in said District, came on to be considered the Application For Payment Of Unclaimed Funds by:

NAME: Lonnie Jenkins McDade

MAILING ADDRESS: 4526 Burnhill Drive
Plano, TX 75024

Claimant, for payment of unclaimed funds in the amount of $1,730.40.

It appearing to the Court that the said claimant is entitled to receive payment in the amount stated above, and

that said funds are now on deposit in the United States Treasury, and

that notice of the Application was given to the United States Attorney, and

that no objection to the Application has been filed, it is

ORDERED that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 20-43652-elm
Lonnie Jenkins McDade Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4      User: admin      Page 1 of 2
Date Rcvd: Oct 27, 2022      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + Lonnie Jenkins McDade, 4526 Burnhill Drive, Plano, TX 75024-7359 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abbey U. Dreher | on behalf of Creditor AJAX Mortgage Loan Trust 2018-C ndecf@BDFGROUP.com |
| Alice Bower | on behalf of Creditor Tamarack McDade bknotice@alicebower.com alicebower@williamsfamily.biz;dan@alicebower.com;LawOfficeofAliceBower@jubileebk.net;alice@alicebower.com;gaby@alicebower.com;robert@alicebower.com |
| Lisa Large Evans | on behalf of Creditor Parker CAD Lisa.Evans@lgbs.com Dora.Casiano-Perez@lgbs.com;Sean.french@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Michael Paul Wright | on behalf of Debtor Lonnie Jenkins McDade BK@wlg.law  mpwrightlaw@gmail.com |
| Robert C. Newark, III | on behalf of Creditor Ally Bank robert@newarkfirm.com |

District/off: 0539-4 | User: admin | Page 2 of 2
Date Rcvd: Oct 27, 2022 | Form ID: pdf012 | Total Noticed: 1

texas.ecf@aislegaltrac.com;1194330420@filings.docketbird.com;kelly@newarkfirm.com;brittany@newarkfirm.com

Tim Truman
ftworthchapter13trustee-ecf@ch13ftw.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

TOTAL: 7